UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **BRIGGS BROTHERS ENTERPRISES CORPORATION,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**BRIFEN USA, INC.,** )<br>)<br>**Defendant.** ) | Case No. CIV-22-1057-G |

## ORDER

On May 3, 2024, this Court entered an Order consolidating the instant matter with the case styled *Brifen USA Inc. v. Briggs Brothers Enterprises Corporation*, No. CIV-22-200-G (W.D. Okla.). *See* Order of May 3, 2024 (Doc. No. 26). Briggs Brothers Enterprises Corporation ("Briggs Brothers"), the plaintiff herein, was directed to redesignate its claims in this matter as counterclaims in Case No. CIV-22-200-G by filing an amended answer in that case. *See id.* at 1-2.

Now before the Court is Defendant Brifen USA, Inc.'s ("Brifen") Motion to Dismiss (Doc. No. 27), representing that although Briggs Brothers filed an amended answer in Case No. CIV-22-200-G, that pleading did not assert any counterclaims. Nor has Briggs Brothers otherwise complied with the Court's Order or prosecuted this action. *See id.*

Briggs Brothers did not file a response to Brifen's Motion to Dismiss within the time allowed by local rule, seek additional time to do so, or contest the Motion in any other

manner.[1] Thus, Briggs Brothers has effectively conceded the propriety of dismissal through the lack of opposition to Brifen's request. Further, the Court deems the factual representations made in the Motion to Dismiss confessed pursuant to Local Civil Rule 7.1(g).

Defendant's unopposed Motion to Dismiss (Doc. No. 27) is therefore GRANTED. The prior consolidation with Case No. CIV-22-200-G is vacated, and this matter is DISMISSED without prejudice.

A separate judgment shall be entered.

IT IS SO ORDERED this 15th day of September, 2025.

_____
CHARLES B. GOODWIN
United States District Judge

---

[1] A Suggestion of Bankruptcy as to Briggs Brothers was filed in the consolidated case, Case No. CIV-22-200-G, on August 27, 2025. No bankruptcy trustee or other representative has appeared in this case or requested to do so. The dismissal of this case does not affect proceedings in the consolidated case, in which all claims raised against Briggs Brothers are currently stayed.